UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-00399 |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE RE: APPOINTMENT OF COUNSEL |
| CHRISTIAN ORIBELLO EGUILOS, | |
| Defendant. | |

----oo0oo----

A Status Conference regarding the possible appointment of the Federal Defender's Office as counsel for defendant, is set for Tuesday, October 9, 2018 at 1:30 p.m. in Courtroom 5. The Federal Defender's Office shall contact defendant prior to September 10, 2018 to discuss the possible representation of defendant. No later than September 10, 2018, defendant shall advise the court in writing whether he wishes the Federal Defender's Office to be appointed to defend him in this civil case. An attorney representing the Federal Defender's Office

1

shall also attend the Tuesday, October 9, 2018 status conference.

The Scheduling Conference scheduled for August 13, 2018 is hereby VACATED.  All deadlines in this case are STAYED pending the possible appointment of counsel for defendant.

This order shall be served upon defendant at the address of Mule Creek State Prison, 4001 Hwy 104, Ione, CA 95640 and shall also be served upon plaintiff and the Federal Defender's Office.

IT IS SO ORDERED.

Dated:  August 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE