HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

**NOT CURRENTLY APPOINTED AS COUNSEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN ORIBELLO EGUILOS,<br><br>    Defendant. | Case No. 2:18-cv-00399-WBS-AC<br><br>ORDER CONTINUING STATUS CONFERENCE RE: APPOINTMENT OF COUNSEL |

The Status Conference regarding the possible appointment of the Federal Defender's Office as counsel for defendant, previously set for Tuesday, October 9, 2018 at 1:30 p.m. in Courtroom 5, is hereby VACATED. A new Status Conference regarding the possible appointment of the Federal Defender's Office as counsel for defendant, is set for Monday, October 22, 2018, at 1:30 p.m. in Courtroom 5.

This order shall be served upon defendant at the address of Mule Creek State Prison, 4001 Hwy 104, Ione, CA 95640.

IT IS SO ORDERED.

Dated: September 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE