UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 2:18-cv-00399 WBS AC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTIAN ORIBELLO EGUILOS, | |
| Defendant. | |

    For good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Telephonic Appearance at the October 22, 2018 Status Conference set for 1:30 PM is GRANTED. Plaintiff's counsel is available at (202) 353-4419. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: September 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE