UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-00399 WBS |
| Plaintiff, | |
| v. | ORDER |
| CHRISTIAN ORIBELLO EGUILOS, | |
| Defendant. | |

----oo0oo----

Pursuant to the Federal Defender's Status Report filed August 29, 2018 (Docket No. 13), which included defendant's signed notice stating that he wishes the Federal Defender to represent him in this matter, as well as the discussion at the status conference held October 22, 2018, the Federal Defender is hereby appointed to represent defendant in this case.

Defendant shall have until January 16, 2019 to file an answer or any other responsive pleading to the complaint.

IT IS SO ORDERED.

Dated: October 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1