UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-399 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| CHRISTIAN ORIBELLO EGUILOS, | |
| Defendant. | |

----oo0oo----

Presently before the court is plaintiff's Motion for a Stay of Deadlines and Hearing Dates in this matter. (Docket No. 22.) Defendant has filed a statement of non-opposition. (Docket No. 23.)

Considering defendant's non-opposition to the motion and the apparent lapse of appropriations to the Department of Justice, plaintiff's motion (Docket No. 22) is GRANTED. All deadlines in this case are STAYED. All pending hearing dates are VACATED. Within five days of appropriations being restored to the Department of Justice, the parties shall file a joint status

1

report with the court.

IT IS SO ORDERED.

Dated: January 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE