| 1 | HEATHER E. WILLIAMS, SBN 122664
Federal Defender
| 2 | CAROLYN WIGGIN, SBN 182732
CHRISTINA SINHA, SBN 278893
| 3 | Assistant Federal Defenders
Designated Counsel for Service
| 4 | 801 I Street, 3rd Floor
Sacramento, CA 95814
| 5 | Telephone: (916) 498-5700
Fax: (916) 498-5710
| 6 |
| 7 | Attorneys for Defendant
CHRISTIAN ORIBELLO EGUILOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cv-00399-WBS-AC |
|---|---|
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiff, | ) **TO CONTINUE ANSWER** |
| | ) |
| vs. | ) Date: April 30, 2019 |
| | ) Judge: Hon. William B. Shubb |
| CHRISTIAN ORIBELLO EGUILOS, | ) |
| | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff United States of America and Defendant Christian Oribello Eguilos (jointly, "Parties") that the Defendant's Answer to the Complaint, currently due on April 30, 2019, may be continued to May 30, 2019.

On April 16, 2019, the Parties received the Court's Memorandum and Order regarding the Defendant's Motion to Dismiss. Defense counsel requires additional time to travel to Defendant's location to advise him of the Order and strategize regarding the Answer, and therefore respectfully requests the

<mark>-1-</mark>

| | |
|---|---|
| 1 | Court grant a 30 day extension on the filing of the Answer. |
| 2 | Plaintiff does not object to this extension. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 22, 2019     /s/ Christina Sinha
CHRISTINA SINHA
CAROLYN WIGGIN
Assistant Federal Defenders
Attorneys for Defendant
CHRISTIAN ORIBELLO EGUILOS

Date: April 22, 2019     /s/ Mary L. Larakers
MARY L. LARAKERS
Trial Attorney
United States Department of Justice
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

The Court, having received and considered the Parties' stipulation, and good cause appearing therefrom, adopts the Parties' stipulation in its entirety as its Order. The Court finds that a continuance is necessary for the reasons stated above. The deadline for filing the Defendant's answer is hereby set for May 30, 2019.

IT IS SO ORDERED.

Dated: April 22, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE